McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAM J. SORTINI,<br><br>    Defendant. | No. 1:06-cr-00100 AWI<br><br>Old Date: March 3, 2008<br>Old Time: 9:00 a.m.<br><br>New Date: April 7, 2008<br>New Time: 9:00 a.m.<br>Courtroom: Two<br>(Hon. Anthony W. Ishii) |

ORDER

The court has reviewed and considered the stipulation of the parties to continue the status conference in this case.  It is ordered that the status conference is continued from March 3, 2008 to April 7, 2008, at 9:00 a.m.  It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:   February 29, 2008**              /s/ Anthony W. Ishii
                                  UNITED STATES DISTRICT JUDGE

1