UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ADAM JOHN SORTINI,<br><br>        Defendant. | **STIPULATION FOR THE COURT TO RELEASE RECORDS**<br><br>DATE: August 7, 2008<br>TIME: 11:40<br>DEPT: Courtroom 2<br>Honorable Anthony W. Ishii |

The following stipulation was filed:

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the medical records that the clerk of the court is currently in custody of are to be released to counsel for the govern.

DATED:   August 7, 2008              /S/ ROGER K. VEHRS
                                                                                  Roger K. Vehrs, Attorney for Defendant,
                                                                                   ADAM JOHN SORTINI

DATED:   August 7, 2008              /S/ KIRK E. SHERRIFF
                                                                                Authorization given for signature on 8/7/08 at 11:45 a.m.
                                                                                Kirk E. Sherriff, Assistant United States
                                                                                 Attorney

**ORDER**

Upon reading the stipulation of the parties, the Court hereby orders that the records be released to counsel.

IT IS SO ORDERED.

**Dated:     August 7, 2008**                                          /s/ Anthony W. Ishii
                                                                      CHIEF UNITED STATES DISTRICT JUDGE