LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 06-00100 OWW |
| Plaintiff, | ) | |
| v. | ) | ORDER ON STIPULATION OF PARTIES |
| ADAM JOHN SORTINI, | ) | |
| Defendant. | ) | |

The Court having reviewed the stipulation,

IT IS HEREBY ORDERED THAT the Stipulation entered into between the parties is ACCEPTED AND APPROVED.

THEREFORE, IT IS ORDERED that Adam John Sortini, or any persons acting on his behalf, be prohibited from selling, transferring, dissipating or committing any act to diminish the value of any asset belonging to Adam John Sortini or that Adam John Sortini has an interest in, that could be used to pay the

1

any restitution order, including but not limited to:

    A Watercraft, "Adam's Last Rib," Vessel Official Number 999281, registered to Adam John Sortini.

IT IS SO ORDERED.

DATED: February 12, 2009          /s/ OLIVER W. WANGER_____
                                  _____
                                  OLIVER W. WANGER
                                  United States District Judge

2