ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ADAM JOHN SORTINI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-06-0100 OWW |
| Plaintiff, | |
| vs. | AMENDED STIPULATION TO CONTINUE MOTION FOR NEW TRIAL |
| ADAM JOHN SORTINI, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, ADAM JOHN SORTINI, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Kirk Sherriff, that the Motion for New Trial Hearing, and the Sentencing Hearing, now set for Tuesday, October 13, 2009 be continued to Monday, November 9, 2009 at 1:30 p.m.

The new Motions schedule will be as follows:

    Motions due    September 21, 2009

    Responses due    October 21, 2009

/ / /

/ / /

The defendant requests this continuance on the basis that there was a delay in receiving the transcripts to prepare the Motion for New Trial, and reviewing the transcripts has taken more time than expected and additional investigation is anticipated.  The defendant does not anticipate making any further requests for an extension.  Based on this understanding, the government stipulates to and does not oppose defendant's request for an extension.

Dated: August 19, 2009

    Respectfully submitted,

    /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
ADAM JOHN SORTINI

Dated:  August 19, 2009

    /s/ Kirk Sherriff
KIRK SHERRIFF
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the hearing set for Tuesday, October 13, 2009 is vacated and continued to Monday, November 9, 2009 at 1:30 p.m.

Dated:  August 21, 2009

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
United States District Court Judge

Stipulation to Continue
CR-06-0100 OWW