ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ADAM JOHN SORTINI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-06-0100 OWW |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE MOTION FOR NEW TRIAL |
| ADAM JOHN SORTINI, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, ADAM JOHN SORTINI, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Kirk Sherriff, that the Motion for New Trial Hearing, and the Sentencing Hearing, now set for Monday, November 9, 2009 be continued to Monday, November 16, 2009 at 1:30 p.m.

The new Motions schedule will be as follows:

        Motions due        October 13, 2009

        Responses due        November 10, 2009

/ / /

/ / /

Stipulation to Continue
CR-06-0100 OWW

PDF created with pdfFactory trial version www.pdffactory.com

The defendant requests this one week continuance on the basis that there was a delay in receiving the transcripts to prepare the Motion for New Trial, and reviewing the transcripts has taken more time than expected.  In addition, upon review of the transcripts it was discovered that four partial days were missing and have since been ordered.  (Three of these transcripts were for the final three days of the trial and include Mr. Sortini's testimony.)

The defendant does not anticipate making any further requests for an extension.  Based on this understanding, the government stipulates to and does not oppose defendant's request for an extension.

Dated: September 21, 2009

Respectfully submitted,

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
ADAM JOHN SORTINI

Dated:  September 21, 2009

/s/ Kirk Sherriff
KIRK SHERRIFF
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the hearing set for Monday, November 9, 2009 is vacated and continued to Monday, November 16, 2009 at 1:30 p.m.

Dated:  September 21, 2009

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
United States District Court Judge