UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-0100 OWW |
| | ) | |
| Plaintiff, | ) | ORDER RE EX PARTE REQUEST |
| | ) | FOR ONE WEEK EXTENSION TO |
| v. | ) | FILE MOTION FOR NEW TRIAL |
| | ) | |
| ADAM JOHN SORTINI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has received on October 21, 2009, yet another motion for an extension to file Defendant's motion for new trial. Defendant's counsel has blamed the unavailability of the transcript, which was available by July 31, 2009.  He has attributed delay to his work in another case in the District of Nevada, which has nothing to do with this case.  He asserts that due to the length of the trial in this case and the number of exhibits, that he has been unable to complete the brief.

Defendant seeks a one week continuance to which the government has objected.  Defendant did not email the current request to the Courtroom Deputy, Ms. Gaumnitz, as he did with the other ex parte requests, which were so forwarded, effectively preventing the court from timely addressing the request.

1

1     **Defendant's request for a one week extension of time through
2 and including October 20, 2009, is GRANTED upon the condition
3 that there shall be no further continuances of the filing of the
4 motion for new trial, nor shall the hearing date on the motion
5 for new trial and sentencing dates be changed, unless the
6 government requires time to respond in light of the change in
7 schedule caused by the Defendant.  THERE WILL BE NO FURTHER
8 CONTINUANCES.**

10 IT IS SO ORDERED.

11 **Dated:   October 22, 2009**                    /s/ Oliver W. Wanger
                                                                     UNITED STATES DISTRICT JUDGE