```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  KIRK E. SHERRIFF
    STANLEY A. BOONE
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:06-cr-00100 OWW |
|---|---|
|                           | ) |
|                Plaintiff, | ) STIPULATION AND ORDER TO |
|                           | ) EXTEND GOVERNMENT'S OPPOSITION |
|         v.                | ) FILING DEADLINE AND TO |
|                           | ) CONTINUE SENTENCING HEARING |
|                           | ) AND HEARING ON DEFENDANT'S |
|                           | ) MOTION FOR NEW TRIAL |
| ADAM JOHN SORTINI,        | ) |
|                Defendant. | ) |
|                           | ) |

The United States respectfully requests that the deadline for the government to file its opposition to defendant's motion for new trial be continued one week from November 10 to November 17, 2009, and that the hearing on defendant's motion, and the Sentencing Hearing, be continued one week from November 16 to November 23, 2009.

The grounds for this request are that the motions schedule previously provided that defendant's motion for new trial was to be filed by October 13, 2009, with the government's opposition due by November 10, 2009.  Doc. 134.  The Court subsequently granted defendant's ex parte request for a one-week extension of time to file

1  his motion for new trial, noting that there would be no further
2  continuances "unless the government requires time to respond in light
3  of the change in schedule caused by the Defendant."  Doc. 143.
4  Defendant ultimately filed his motion for new trial on October 22,
5  2009.  Doc. 141.  Undersigned government counsel was then out of the
6  office from October 26-30, 2009 on scheduled leave.  Despite diligent
7  efforts to complete the opposition, the government requires
8  additional time to file its opposition to defendant's motion for new
9  trial, in light of the change in schedule due to the timing of
10 defendant's filing.  Accordingly, the government requests a one week
11 extension of its opposition filing deadline from November 10 to
12 November 17, 2009.  The government further requests that the hearing
13 on defendant's motion for new trial, and the Sentencing Hearing, be
14 continued one week from November 16 to November 23, 2009.  Defendant
15 stipulates to these continuances.
16      IT IS SO STIPULATED.

17                                      Respectfully Submitted,
18 DATED:  November 6, 2009             LAWRENCE G. BROWN
                                        United States Attorney
19
20                                  By: /s/ Kirk E. Sherriff
                                        KIRK E. SHERRIFF
21                                      STANLEY A. BOONE
                                        Assistant U.S. Attorneys
22
23
24 DATED:  November 6, 2009             /s/ Anthony P. Capozzi
                                        (per authorization on 11/6/09)
25                                      ANTHONY P. CAPOZZI
                                        Attorney for Defendant
26                                      ADAM JOHN SORTINI
27
28

**ORDER**

IT IS SO ORDERED. Good cause having been shown, and based upon the stipulation of the parties, the government's deadline to file its opposition to defendant's motion for new trial is continued from November 10 to November 17, 2009. It is further ordered that the hearing on defendant's motion for new trial, and the Sentencing Hearing, are continued from November 16 to November 23, 2009, at 1:30 p.m.

Dated:  _November 6, 2009___

　　　　　　　　　　　　　　　　　_/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　HON. OLIVER W. WANGER
　　　　　　　　　　　　　　　　　United States District Judge