ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ADAM JOHN SORTINI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ADAM JOHN SORTINI,<br><br>        Defendant. | Case No.: CR-06-0100 OWW<br><br>STIPULATION AND ORDER TO CONTINUE MOTION FOR NEW TRIAL HEARING AND SENTENCING HEARING |

   IT IS HEREBY STIPULATED between the Defendant, ADAM JOHN SORTINI, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Kirk Sherriff, that the Motion for New Trial Hearing, and the Sentencing Hearing, now set for Monday, November 23, 2009 be continued to Monday, December 7, 2009 at 1:30 p.m.  The Reply brief shall be filed no later than Tuesday, December 2, 2009.

   The defendant requests this continuance on the basis that the Government's Response was filed on Wednesday, November 17, 2009 and is very detailed.   Additional time is needed for the client to review and work with counsel to prepare the Reply.

PDF created with pdfFactory trial version www.pdffactory.com

This request is also made because Defendant's counsel was advised on November 18, 2009 that an environmental case he is currently working on needs to be resolved prior to the departure of Marlon Cobar next week.

The defendant does not anticipate making any further requests for an extension. Based on this understanding that there will be no further requests for extension by the defense, the government stipulates to and does not oppose defendant's request for an extension.

Respectfully submitted,

Dated: November 19, 2009

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
ADAM JOHN SORTINI

Dated:  November 19, 2009

/s/ Kirk Sherriff
KIRK SHERRIFF
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the hearing set for Monday, November 23, 2009 is vacated and continued to Monday, December 7, 2009 at 1:30 p.m.

Dated:  November 19, 2009

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
United States District Court Judge