BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
STANLEY A. BOONE
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:06-cr-00100 OWW |
|---|---|
| Plaintiff, | ) ORDER |
|  | ) (1) DENYING DEFENDANT'S MOTION |
| v. | ) FOR NEW TRIAL; and |
|  | ) (2) DENYING DEFENDANT'S |
|  | ) AMENDED MOTION FOR NEW TRIAL |
| ADAM JOHN SORTINI, | ) |
| Defendant. | ) |

 For the reasons set forth on the record at the hearing in this matter on December 7 and 11, 2009, IT IS ORDERED THAT:

 (1)  Defendant's Motion for New Trial [Doc. 76] is DENIED; and

 (2)  Defendant's Amended Motion for New Trial [Doc. 141] is DENIED.

Dated: January 27, 2010

                                    /s/ OLIVER W. WANGER
                                    United States District Judge