# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

MAY 2 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

| | | |
|---|---|---|
| **United States of America** | ) | |
| vs. | ) | Case No. |
| **Adam Sortini** | ) | 06cr100 OWW |
| | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Adam Sortini____, have discussed with ____Jacob Scott____, Supervising Pretrial Officer, modifications of my release conditions as follows: .

To modify the defendant's electronic monitoring from home detention to **CURFEW:** You are restricted to your residence everyday from 7p.m. to 6a.m., unless otherwise approved in advance of the Pretrial Services Officer, and abide by all the requirements of the location monitoring program.

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5-17-10       _____  5/17/10
Signature of Defendant    Date          Pretrial Services Officer   Date
Adam Sortini                             Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                  5/17/10
Signature of Assistant United States Attorney    Date
Kirk Sherriff

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  5/19/10
Signature of Defense Counsel           Date
Anthony Capozzi

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ____5-21-10____.
☐ The above modification of conditions of release is *not* ordered.

_____                  5-21-10
Signature of Judicial Officer           Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services