UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-0100 OWW |
| | ) | |
| Plaintiff, | ) | ORDER RE: SELF-SURRENDER DATE |
| | ) | |
| v. | ) | |
| | ) | |
| ADAM JOHN SORTINI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff United States has requested the setting of a self-surrender date for Defendant to begin serving his sentence.

The mandate of the Court of Appeal has not yet issued. A surrender date will be set once the judgment of conviction has become final.

IT IS SO ORDERED.

Dated:   January 27, 2011           /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

1