1  ANTHONY P. CAPOZZI, CSBN 068525
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA 93711
3  Telephone: (559) 221-0200
   Fax: (559) 221-7997
4  E-mail: capozzilaw@aol.com

5  Attorney for Defendant,
   ADAM JOHN SORTINI
6



JUN 24 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| UNITED STATES OF AMERICA, | ) Case No. 1:06-CR-00100 OWW |
|---|---|
| Plaintiff, | ) REQUEST AND ORDER TO |
| vs. | ) EXONERATE $10,000.00 CASH BOND |
| ADAM JOHN SORTINI, | ) |
| Defendant. | ) |

Defendant, ADAM JOHN SORTINI, by and through his attorney of record, Anthony P. Capozzi, hereby requests that the following cash bond posted as collateral in the above referenced matter be exonerated and the $10,000.00 in cash funds deposited with this Court on November 19, 2008 (receipt number CAE100005136) by Russelle W. Decker be returned.

///

///

///

Page 1

1  This request is based upon the fact that the Defendant, ADAM JOHN SORTINI,
2  surrendered to the custody of the Bureau of Prisons in Terminal Island, California, on
3  June 2, 2011.

Respectfully submitted,

Dated: June 23, 2011

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
ADAM JOHN SORTINI

## ORDER

IT IS HEREBY ORDERED that the $10,000 cash bond posted in the above entitled matter be exonerated and returned to the designated party.

Dated: 6-23-11

_____
United States District Judge