BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | 01: 06 CR 00100-OWW |
|                                    ) | |
|             Plaintiff,             ) | ORDER GRANTING GOVERNMENT'S |
|                                    ) | MOTION TO APPLY CASH BOND TO |
| v.                                 ) | RESTITUTION AND DEFENDANT'S |
|                                    ) | MOTION TO EXONERATE IRA BOND |
|                                    ) | and DENYING DEFENDANT'S MOTION |
| ADAM JOHN SORTINI,                 ) | TO EXONERATE CASH BOND |
|                                    ) | |
|   Defendant and Judgment Debtor.   ) | |
|                                    ) | Date: September 19, 2011 |
|                                    ) | Time: 1:30 pm |
|                                    ) | Courtroom: Four |

    This matter came before the Court on September 19, 2011, regarding the Government's Motion to Apply the Cash Bond to Restitution and Defendant's Motion to Exonerate both the Cash Bond and IRA Bond.  Stanley A. Boone and Kirk E. Sherriff appeared on behalf of the United States and Anthony P. Capozzi, appeared on behalf of the defendant, Adam John Sortini.  The Court having read the papers filed

1

and having heard the arguments of the parties, and having made its findings orally on the record

    IT IS HEREBY ORDERED that the Government's Motion (Docket Number 194) is hereby GRANTED and the $38,000 presently held by the Clerk of the Court, together with any interest which may have accrued from submission of the bond to the Clerk of the Court until the present, shall be transmitted to the United States Attorney's office for payment towards the defendant's outstanding restitution obligation;

    IT IS FURTHER ORDERED that the Defendant's Motion to Exonerate the Cash Bond (Docket Number 196) is DENIED; and

    IT IS FURTHER ORDERED that the Defendant's Motion to Exonerate the IRA Bond (Docket Number 198) is GRANTED.

IT IS SO ORDERED.

**Dated:   September 22, 2011**　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE